# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| MAXEON SOLAR PTE. LTD., | |
| Plaintiff, | Case No. 2:24-cv-0260-JRG |
| v. | Jury Trial Demanded |
| REC SOLAR HOLDINGS AS., | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Plaintiff Maxeon Solar Pte. Ltd. and Defendant REC Solar Holdings AS hereby submit this Joint Motion to Dismiss (collectively, the "Parties"). The Parties respectfully request that all claims for relief, asserted defenses, and counterclaims asserted in this litigation be dismissed without prejudice with respect to U.S. Patent Nos. 8,222,516; 8,878,053; and 11,251,315. The Parties further request that all attorneys' fees, expenses, and costs of court be borne by each party incurring the same.

Dated: June 23, 2025                                        Respectfully submitted,

/s/ Bradford A. Cangro                                    /s/ James R. Barney
Bradford A. Cangro (Admitted in TXED)      James R. Barney (LEAD) (DC Bar No.
D.C. Bar No. 495996                                     473732)
bradford.cangro@pvuslaw.com                    Mareesa A. Frederick (pro hac vice)
Jeremy D. Peterson (Admitted in TXED)       Forrest Jones (pro hac vice)
D.C. Bar No. 985738                                     Anthony A. Hartmann (pro hac vice)
jeremy.peterson@pvuslaw.com                    Jordan M. Cowger (DC Bar No. 90004829)
Jacob A. Snodgrass (Admitted in TXED)       FINNEGAN, HENDERSON, FARABOW,
D.C. Bar No. 982661                                     GARRETT & DUNNER, LLP
jacob.snodgrass@pvuslaw.com                    901 New York Avenue, NW
**PV LAW LLP**                                            Washington, DC 20001-4413
5335 Wisconsin Avenue, N.W.                      Telephone: (202) 408-4000
Suite 440                                                      james.barney@finnegan.com

Washington, D.C. 20015
T: (202) 371-6861
F: (202) 888-3163

*Attorneys for Plaintiff Maxeon Solar Pte. Ltd.*

mareesa.frederick@finnegan.com
forrest.jones@finnegan.com
anthony.hartmann@finnegan.com
jordan.cowger@finnegan.com

Gary C. Ma
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
gary.ma@finnegan.com

Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

*Counsel for Defendant REC Solar Holdings AS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Bradford A. Cangro*
Bradford A. Cangro

13200001-1949819872-172

## CERTIFICATE OF CONFERENCE

This is to certify that counsel have complied with the meet and confer requirement in

Local Rule CV-7(h) and that this motion is agreed to by the parties.

*/s/ Bradford A. Cangro*
Bradford A. Cangro

13200001-1949819872-172