# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MAXEON SOLAR PTE. LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-260-JRG |
| | § | |
| REC SOLAR HOLDINGS AS, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (Dkt. No. 46) filed by Plaintiff Maxeon Solar Pte. Ltd. and Defendant REC Solar Holdings AS. In the Motion, the Parties move to dismiss all claims, defenses, and counterclaims asserted in the above-captioned case without prejudice. (*Id.* at 1).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims, defenses, and counterclaims asserted in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jun 24, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE